# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
In re                                                      :
                                                           :   Chapter 11
Champion Enterprises, Inc., et al.,                        :
                                                           :   Case No. 09-14019 (KG)
                Debtors.,                         :
                                                           :   Jointly Administered
                                                           :
-----------------------------------------------------------x
THE OFFICIAL COMMITTEE OF                                  :
UNSECURED CREDITORS OF CHAMPION                            :
ENTERPRISES, INC.,                                         :
                                                           :
                Plaintiffs,                      :   Adv. No. 10-50514 (KG)
                                                           :
                v.                               :
                                                           :
CREDIT SUISSE, INDIVIDUALLY AND AS                         :   **Related to Docket Nos.:**
AGENT AND CLASS REPRESENTATIVE                             :   **7, 68, 69 & 70**
FOR VARIOUS PARTICIPATING LENDERS                          :
IN THE DEBTORS' PREPETITION                                :
LENDING FACILITY; CREDIT SUISSE                            :
(USA) LLC; THE LENDERS LISTED IN                           :
EXHIBIT A; MAK CAPITAL FUND LP; and                        :
WELLS FARGO BANK, N.A., as collateral                      :
agent pursuant to a collateral trust agreement             :
dated October 31, 2005,                                    :
                                                           :
                Defendants.                      :
-----------------------------------------------------------x

**JOINDER AND MOTION OF PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK OF KENTUCKY AND NATIONAL CITY BANK OF THE MIDWEST TO DISMISS <u>PLAINTIFF'S AMENDED COMPLAINT</u>**

PNC Bank, National Association ("PNC"), successor by merger to National City Bank of Kentucky and National City Bank of The Midwest ("the National City Lender Defendants"),[1] by and through its undersigned counsel, respectfully: (1) moves (the "Motion") the Court for an order dismissing the Amended Complaint [D.I. 7] of the Official Committee of Unsecured Creditors of Champion Enterprises, Inc., *et al.*, pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Bankr. P. 7012,[2] namely Counts I and Counts III through XIII, and (2) joins (the "Joinder") in the Credit Suisse Defendants'[3] Motion to Dismiss filed contemporaneously herewith.

By this Joinder, in support of its Motion, PNC hereby agrees with, adopts and incorporates by reference as though fully set forth herein at length, all of the factual recitations, arguments, assertions and requested relief raised and sought by the Credit Suisse Defendants in their Motion to Dismiss and accompanying Memorandum of Law. PNC hereby reserves the right to join in the motions and memoranda filed by other Lenders to the extent relevant to the National City Lender Defendants and not inconsistent with the Credit Suisse Defendants' Motion to Dismiss, including, but not limited to, the motions of (1) the Sankaty and CCP Defendants; and (2) the General Electric, Fraser Sullivan, Highland and Babson Defendants. PNC hereby further reserves the right to make such other and further arguments as may be appropriate, and

---

[1]   The National City Lender Defendants, like most of the other Lender defendants, are identified solely as "Participating Lenders" in Exhibit A to Plaintiff's Amended Complaint, which identifies and defines the Participating Lenders as including "lenders in the Lending Group that have been participating lenders at any time on or after July 1, 2007." Amended Complaint ¶ 17, Exhibit A. The National City Lender Defendants sold their interests in the loan facility prior to Champion's bankruptcy on or about November 5, 2009.

[2]   In the event that the Court converts the Motion into one for summary judgment pursuant to Fed. R. Civ. P. 12(d), PNC reserves the right to present any material and/or facts that are pertinent to such motion.

[3]   Terms not otherwise defined herein, shall have the meanings ascribed to them in the Motion to Dismiss [D.I. 68] and accompanying Memorandum of Law [D.I. 69] and Declaration of Matthew B. Lunn [D.I. 70] filed contemporaneously herewith by the Credit-Suisse-affiliated defendants named in the Amended Complaint (the "Credit Suisse Defendants").

reserves all rights, defenses, claims, counterclaims and other causes of action to which the National City Lender Defendants may be entitled to assert directly or derivatively, in law, equity or otherwise.

WHEREFORE, for all of the reasons stated in the Credit Suisse Defendants' Motion to Dismiss and accompanying Memorandum of Law in support thereof, PNC Bank, National Association, successor by merger to National City Bank of Kentucky and National City Bank of The Midwest, respectfully requests that the Court enter an order, in the form attached hereto, dismissing the Amended Complaint against the National City Lender Defendants, with prejudice, and granting such other and further relief as this Court deems just and proper.

Respectfully Submitted,

Dated: May 14, 2010
Wilmington, Delaware

/s/ Tobey M. Daluz
Tobey M. Daluz, Esquire (No. 3939)
Christopher S. Chow, Esquire (No. 4172)
Leslie C. Heilman, Esquire (No. 4716)
BALLARD SPAHR LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Phone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: daluzt@ballardspahr.com
chows@ballardspahr.com
heilmanl@ballardspahr.com