IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHAMPION ENTERPRISES, INC., *et al.*,<br><br>Debtors, | Chapter 11<br><br>Case No. 09-14019 (KG)<br><br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CHAMPION ENTERPRISES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE, INDIVIDUALLY AND AS AGENT AND CLASS REPRESENTATVE FOR VARIOUS PARTICIPATING LENDERS IN THE DEBTORS' PREPETITION LENDING FACILITY; CREDIT SUISSE SECURITIES (USA) LLC; THE LENDERS LISTED IN EXHIBIT A; MAK CAPITAL FUND LP; and WELLS FARGO BANK, N.A., as collateral agent pursuant to a collateral trust agreement dated October 31, 2005,<br><br>Defendants. | Adv. No. 10-50514 (KG) |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Official Committee of Unsecured Creditors (the "Committee") and defendant PNC Bank, National Association, Successor by Merger to National City Bank of Kentucky and National City Bank of the Midwest ("PNC Bank") hereby stipulate and agree as follows:

- 1 -

## RECITALS

A. On March 22, 2010, the Committee filed the Amended Complaint against the PNC Bank.

B. PNC Bank filed a motion to dismiss on May 14, 2010 and a reply brief on June 29, 2010, and also joined in other defendants' motions to dismiss and replies.

## AGREEMENT

NOW, THEREFORE, in consideration of the foregoing, the parties hereby agree and stipulate that, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), incorporated in this adversary proceeding pursuant to Bankruptcy Rule 7041, Counts I, III, XI, and XII are hereby dismissed against PNC Bank without prejudice.

All parties identified herein shall bear their own attorneys' fees, costs and expenses in connection with this litigation.

Dated: July 23, 2010

<table>
<tr><td>

**BALLARD SPAHR LLP**

By: _____
Tobey M. Daluz, Esq. (No. 3939)
Christopher S. Chow, Esq. (No. 4172)
Leslie C. Heilman, Esq. (No. 4716)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Phone: (302) 252-4465
Facsimile: (302) 252-4466
*Attorneys for PNC Bank, National Association*

</td><td>

**PINCKNEY, HARRIS & WEIDINGER, LLC**

By: _____
Donna Harris (DE No. 3740)
1220 North Market Street, Suite 950
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

**MILBERG LLP**
Jonathan M. Landers
Jerome M. Congress
Anna C. Dover
James M. Shaughnessy
Lois Dix
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
*Counsel for the Official Committee of Unsecured Creditors*

</td></tr>
</table>