## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHAMPION ENTERPRISES, INC., *et al.,*<br><br>Debtors, | Chapter 11<br><br>Case No. 09-14019 (KG)<br><br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CHAMPION ENTERPRISES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE, INDIVIDUALLY AND AS AGENT AND CLASS REPRESENTATVE FOR VARIOUS PARTICIPATING LENDERS IN THE DEBTORS' PREPETITION LENDING FACILITY; CREDIT SUISSE SECURITIES (USA) LLC; THE LENDERS LISTED IN EXHIBIT A; MAK CAPITAL FUND LP; and WELLS FARGO BANK, N.A., as collateral agent pursuant to a collateral trust agreement dated October 31, 2005,<br><br>Defendants. | Adv. No. 10-50514 (KG) |

### **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The Official Committee of Unsecured Creditors (the "Committee") and defendant Charter One Bank, N. A. ("Charter One") hereby stipulate and agree as follows:

### RECITALS

A. On March 22, 2010 the Committee filed the Amended Complaint against Charter One.

B. RBS Citizens N.A. ("RBS"), as successor by merger to Charter One, joined in the Credit Suisse Defendants' and Minority Lenders' motions to dismiss on May 14, 2010 and reply briefs on June 29, 2010.

C. On July 20, 2010 the Committee and RBS executed a stipulation dismissing Counts I, III, XI and XII against defendant RBS without prejudice, which was filed on July 26, 2010.

## AGREEMENT

NOW, THEREFORE, in consideration of the foregoing, the parties hereby agree and stipulate that, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), incorporated in this adversary proceeding pursuant to Bankruptcy Rule 7041, Counts I, III, XI and XII are hereby dismissed against Charter One without prejudice.

All parties identified herein shall bear their own attorneys' fees, costs and expenses in connection with this litigation.

Dated: July 29, 2010

| **MESSANA ROSNER & STERN LLP** | **PINCKNEY, HARRIS & WEIDINGER, LLC** |
|---|---|
| By: /s/ Brian L. Arban<br>Frederick B. Rosner (DE #3995)<br>Brian L. Arban (DE #4511)<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-1111<br>Facsimile: (302) 295-5061 | By: /s/Donna L. Harris<br>Donna L. Harris (DE No. 3740)<br>1220 North Market Street, Suite 950<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450 |
| **WINSTON & STRAWN LLP**<br>Nancy Godinho Everett<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br>*Attorneys for Defendant Charter One Bank, N.A.* | **MILBERG LLP**<br>Jonathan M. Landers<br>Jerome M. Congress<br>Anna C. Dover<br>James M. Shaughnessy<br>Lois Dix<br>One Pennsylvania Plaza<br>New York, New York 10119<br>Telephone: (212) 594-5300<br>Facsimile: (212) 868-1229<br>*Counsel for the Official Committee of Unsecured Creditors* |

DOCS\523002v1