# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 09-14014 (KG) |
| CHAMPION ENTERPRISES, INC., et al., | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED | ) | |
| CREDITORS OF CHAMPION | ) | |
| ENTERPRISES, INC., | ) | Adv. No. 10-50514 (KG) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CREDIT SUISSE, INDIVIDUALLY AND AS | ) | |
| AGENT AND CLASS REPRESENTATIVE FOR | ) | |
| VARIOUS PARTIPCIPATING LENDERS IN | ) | |
| THE DEBTORS' PREPETITION LENDING | ) | |
| FACILITY; CREDIT SUISSE (USA) LLC; THE | ) | |
| LENDERS LISTED IN EXHIBIT A; MAK | ) | |
| CAPITAL FUND LP; and WELLS FARGO | ) | |
| BANK, N.A., as collateral agent pursuant to a | ) | |
| collateral trust agreement dated October 31, 2005, | ) | |
| | ) | Re Adv. Dkt Nos. 65, 67, 68, 73, 74, |
| | ) | 78, 82, 83, 84, 85, 87, 88, 89, 90, 92 |
| Defendants. | ) | 93, 94, & 117 |
| _____ | ) | |

## <u>ORDER</u>

Upon consideration of the motions to dismiss (the "Motions") (Adv. D.I. 65, 67, 68, 73,

74, 78, 82, 83, 84, 85, 87, 88, 89, 90, 92, 93, 94, and 117) and their supporting legal memoranda

filed by defendants in the above-captioned adversary proceeding, the Plaintiff's Memorandum of

Law in Opposition to Defendants' Motions to Dismiss (Adv. D.I. 205); the defendants' replies

thereto (Adv. D.I. 210, 214, 215, 216, 219, 218, 220, 221, 222, 223, 224, 225, 226, 227, 228, and

229); for the reasons set forth in the accompanying Opinion, it is hereby

**ORDERED**, that the Motions are denied in part and granted in part, as follows:

| CLAIM | NATURE OF CLAIM | DISPOSITION |
|---|---|---|
| First | Equitable Subordination: Entire Lending Group | Dismissed as to all Defendants. |
| Second | Equitable Subordination: MAK | Dismissed as to MAK. |
| Third | Equitable Subrogation: Entire Lending Group | Dismissed as to all Defendants. |
| Fourth | Unjust Enrichment: Entire Lending Group and Credit Suisse | Dismissed as to all Defendants. |
| Fifth | Equitable Estoppel: Entire Lending Group | Dismissed as to all Defendants. |
| Sixth | Breach of Contract: Entire Lending Group and Credit Suisse | Dismissed as to all Defendants other than Credit Suisse. Summary Judgment is Denied as to Credit Suisse. |
| Seventh | Constructive Fraudulent Transfers: Entire Lending Group | Dismissed as to all Defendants. |
| Eighth | Strong Arm Powers: Entire Lending Group | Dismissed as to all Defendants. |
| Ninth | Avoidance of Preferential Transfers: Entire Lending Group | Dismissed as to all Defendants. |
| Tenth | Transferee Liability: Entire Lending Group and Credit Suisse | Dismissed as to all Defendants. |
| Eleventh | Disallowance of Proofs of Claims: Entire Lending Group | Dismissed as to all Defendants. |
| Twelfth | Disallowance of Claims and Related Relief: Entire Lending Group | Dismissed as to all Defendants other than Credit Suisse. Summary Judgment is Denied as to Credit Suisse. |
| Thirteenth | Turnover of Estate Assets: Entire Lending Group | Dismissed as to all Defendants. |

Dated: Sept. 1, 2010

KEVIN GROSS, U.S.B.J.