**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CHAMPION ENTERPRISES, INC., *et al.*, | Case No. 09-14019 (KG) |
| Debtors, | (Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CHAMPION ENTERPRISES, INC., | |
| Plaintiff, | Adv. Pro. No. 10-50514 (KG) |
| v. | |
| CREDIT SUISSE, INDIVIDUALLY AND AS AGENT AND CLASS REPRESENTATIVE FOR VARIOUS PARTICIPATING LENDERS IN THE DEBTORS' PREPETITION LENDING FACILITY; CREDIT SUISSE SECURITIES (USA) LLC; THE LENDERS LISTED IN EXHIBIT A; MAK CAPITAL FUND LP; and WELLS FARGO BANK, N.A., as collateral agent pursuant to a collateral trust agreement dated October 31, 2005, | |
| Defendants. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 4, 2010, copies of **Plaintiff's First Request**

**for the Production of Documents** were served via *electronic mail* and *overnight mail (UPS*

*Next Day Air)* upon the parties identified below:

Joseph Baio, Esq.
Joanna Rotgers, Esq.
*Willkie Farr & Gallagher LLP*
787 Seventh Avenue
New York, New York 10019
jbaio@willkie.com
jrotgers@willkie.com

Robert S. Brady, Esq.
Matthew B. Lunn, Esq.
*Young Conaway Stargatt & Taylor, LLP*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
rbrady@ycst.com
mlunn@ycst.com

Dated: October 6, 2010
      Wilmington, Delaware

**PINKNEY, HARRIS & WEIDINGER, LLC**


     */s/ Donna L. Harris*
Donna L. Harris (DE No. 3740)
Adam Hiller (DE No. 4105)
1220 North Market Street, Suite 950
Wilmington, Delaware 19801
Telephone: (302) 504-1497
Facsimile: (302) 442-7046

     - and -

**MILBERG LLP**
Jonathan M. Landers
Jerome M. Congress
Anna C. Dover
James M. Shaughnessy
Lois Dix
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*Counsel for the Plaintiff, the Official Committee of
Unsecured Creditors*