IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------ x
In re                                                  :
                                                       :   Chapter 11
CHAMPION ENTERPRISES, INC., et al.,                    :
                                                       :   Case No. 09-14019 (KG)
        Debtors.,                                      :
                                                       :   Jointly Administered
                                                       :
------------------------------------------------------ x
THE OFFICIAL COMMITTEE OF                              :
UNSECURED CREDITORS OF                                 :
CHAMPION ENTERPRISES, INC.,                            :
                                                       :
        Plaintiffs,                                    :   Adv. No. 10-50514 (KG)
                                                       :
        v.                                             :
                                                       :
CREDIT SUISSE, INDIVIDUALLY AND                        :
AS AGENT AND CLASS                                     :
REPRESENTATIVE FOR VARIOUS                             :
PARTICIPATING LENDERS IN THE                           :
DEBTORS' PREPETITION LENDING                           :
FACILITY; CREDIT SUISSE (USA) LLC;                     :
THE LENDERS LISTED IN EXHIBIT A;                       :
MAK CAPITAL FUND LP; and WELLS                         :
FARGO BANK, N.A., as collateral agent                  :
pursuant to a collateral trust agreement dated         :
October 31, 2005,                                      :
                                                       :   **Re: Dkt Nos. 266 & 268**
        Defendants.                                    :
------------------------------------------------------ x

## SECOND REVISED SCHEDULING ORDER

The plaintiffs have moved (D.I. 268) for partial reconsideration of the Revised Scheduling Order which the Court entered on October 1, 20101 (D.I. 266). The Court now better appreciates plaintiffs' concerns with the compressed schedule, particularly in

light of the parties statements that they anticipate having to bring discovery disputes to the Court's attention. Accordingly, the Court further revises the Scheduling Order as follows in the interests of fairness and judicial economy:

## DISCOVERY

| | |
|---|---|
| All parties may serve document requests, interrogatories, and third-party subpoenas and commence taking depositions | October 1, 2010 |
| Deadline for responding to document requests, interrogatories, and third-party subpoenas | 20 days after service of the document requests, interrogatories, and third-party subpoenas |
| Deadline for producing documents to which no objection is asserted | 20 days service of the document requests and third-party subpoenas |
| Parties to exchange expert reports | December 29, 2010 |
| Conclusion of discovery | January 18, 2011 |

## SUMMARY JUDGMENT MOTIONS

| | |
|---|---|
| Deadline for summary judgment motions | February 11, 2011 |
| Deadline for Opposition to summary judgement motions | March 11, 2011 |
| Deadline for Reply briefs in Support of summary judgment motions | March 25, 2011 |

In all other respects, the Revised Scheduling Order remains in full force and effect.

SO ORDERED this 18th day of October, 2010.

_____
KEVIN GROSS, U.S.B.J.