IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                             :
                                                  :   Chapter 11
Champion Enterprises, Inc., et al.,               :
                                                  :   Case No. 09-14019 (KG)
               Debtors.,    :
                                                  :   Jointly Administered
                                                  :
---------------------------------------------------------------x
THE OFFICIAL COMMITTEE OF                         :
UNSECURED CREDITORS OF CHAMPION                   :
ENTERPRISES, INC.,                                :
                                                  :
               Plaintiffs,  :   Adv. No. 10-50514 (KG)
                                                  :
               v.           :
                                                  :
CREDIT SUISSE, INDIVIDUALLY AND AS                :
AGENT AND CLASS REPRESENTATIVE                    :
FOR VARIOUS PARTICIPATING LENDERS                 :
IN THE DEBTORS' PREPETITION                       :
LENDING FACILITY; CREDIT SUISSE                   :
(USA) LLC; THE LENDERS LISTED IN                  :
EXHIBIT A; MAK CAPITAL FUND LP; and               :
WELLS FARGO BANK, N.A., as collateral             :
agent pursuant to a collateral trust agreement    :
dated October 31, 2005,                           :
                                                  :
               Defendants.  :
---------------------------------------------------------------x

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Credit Suisse AG, Cayman Islands Branch ("CSAG"), hereby moves for summary judgment as to Counts VI and XII of the Amended Complaint filed by the Official Committee of Unsecured Creditors. The grounds for this Motion are set forth in detail in Defendant's Memorandum of Law in Support of Motion for Summary Judgment, filed concurrently herewith.

WHEREFORE, Defendant requests entry of an order, in the form attached hereto as Exhibit 1, granting the relief sought herein and such other and further relief as is just.

Dated: Wilmington, Delaware
February 25, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Matthew B. Lunn
Robert S. Brady (No. 2847)
Matthew B. Lunn (No. 4119)
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
Wilmington, Delaware 19801
(302) 571-6600

- and -

WILLKIE FARR & GALLAGHER LLP
Joseph T. Baio
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000