# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CHAMPION ENTERPRISES, INC., *et al.*, <br><br> Debtors, | Chapter 11 <br><br> Case No. 09-14019 (KG) <br><br> (Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CHAMPION ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CREDIT SUISSE, INDIVIDUALLY AND AS AGENT AND CLASS REPRESENTATVE FOR VARIOUS PARTICIPATING LENDERS IN THE DEBTORS' PREPETITION LENDING FACILITY; CREDIT SUISSE SECURITIES (USA) LLC; THE LENDERS LISTED IN EXHIBIT A; MAK CAPITAL FUND LP; and WELLS FARGO BANK, N.A., as collateral agent pursuant to a collateral trust agreement dated October 31, 2005, <br><br> Defendants. | Adv. No. 10-50514 (KG) |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

"THIS ENVELOPE IS SEALED PURSUANT TO ORDER OF THIS COURT, CONTAINS CONFIDENTIAL INFORMATION AND IS NOT TO BE OPENED OR THE CONTENTS REVEALED EXCEPT BY ORDER OF THE COURT OR AGREEMENT OF THE PARTIES."

Dated: February 25, 2011
Wilmington, Delaware

**PINCKNEY, HARRIS & WEIDINGER, LLC**
Donna L. Harris (DE No. 3740)
Kevin M. Capuzzi (DE No. 5462)
1220 North Market Street, Suite 950
Wilmington, Delaware 19801
Telephone: (302) 504-1497
Facsimile: (302) 442-7046

- AND -

**MILBERG LLP**
Jonathan M. Landers
Jerome M. Congress
Anna C. Dover
Henry Kelston
Gary S. Snitow
One Pennsylvania Plaza, 48th Floor
New York, New York 10119
Telephone:	(212) 594-5300
Facsimile:	(212) 868-1229

*Counsel for the Official Committee
of Unsecured Creditors*